**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BANK OF AMERICA, N.A.**                                                      **PLAINTIFF**

v.                     **CASE NO. 4:09-CV-00745 BSM**

**THELMA JOSHUA, individually; THELMA**
**JOSHUA, as trustee of THE THELMA**
**JOSHUA REVOCABLE TRUST; and**
**THELMA JOSHUA as TRUSTEE of THE**
**ERNEST P. JOSHUA REVOCABLE TRUST**                  **DEFENDANT**

## JUDGMENT

Pursuant to the order granting summary judgment in favor of Bank of America, Bank of America is awarded $5,386,712.21 as of March 9, 2011, plus $665.78 per day for ongoing interest between March 9, 2011, and July 26, 2011, from the defendants. Post judgment interest accruing daily at a rate of .18 percent per annum.

IT IS SO ORDERED this 26th day of July 2011.

                                                                           */s/ Brian S. Miller*
                                                  UNITED STATES DISTRICT JUDGE